### GARLAND SIMS *v.* WM. BENNET.

**Bankruptcy—Discharge Bars Right of Recovery.**

The discharge in bankruptcy of Bennett barred Sims' right of recovery against him, and as Sims could not recover he could not subject property in the hands of the assignee.

#### APPEAL FROM MERCER CIRCUIT COURT.

December 21, 1871.

OPINION BY JUDGE LINDSAY:

Any equitable right which Sims may have had to subject the property of Bennet to the payment of Tatum's debt to him grew out of the fact that Bennet was his debtor, and Bennet the debtor of Tatum.

The discharge in bankruptcy of the latter barred Sims' right of recovery against him, and as Sims could not recover against the party immediately indebted to him, neither could he subject to the payment of the bankrupt debts choses in action nor equitable rights the title to which by operation of law vested in his assignee. The petition was properly dismissed.

Judgment affirmed.

*Kyle & Poston, for appellant.*

*Phil B. Thompson, Jr., for appellee.*